AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
07/08/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM   DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JULY -8 2020
CENTRAL DISTRICT OF CALIFORNIA
BY:    slo    DEPUTY

United States of America

v.

JONATHAN LEMONT RODDY,

Defendant

Case No. 2:20-mj-03118

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 6, 2020, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1), (b) | Forcibly Assaulting, Resisting, Opposing, or Impeding a Federal Employee |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

GABRIELLE A. BANOVAC, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/8/2020

John E. McDermott
*Judge's signature*

City and state: Los Angeles, California

HON. JOHN MCDERMOTT,
U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Gabrielle A. Banovac, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Jonathan Lemont RODDY ("RODDY") for forcibly assaulting a United States Postal Service ("USPS") letter carrier while engaged in the performance of official duties, involving physical contact and bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1), (b).

## II. BACKGROUND OF AFFIANT

2. I am a United States Postal Inspector ("Postal Inspector") employed by the United States Postal Inspection Service ("USPIS") and I have been so employed since January of 2007. I am currently assigned to the Los Angeles Division of the USPIS -- specifically, to the Los Angeles Threats and Assaults team, which is responsible for investigating credible threats and assaults against employees of the USPS, as well as investigation of violations of federal law regarding the Postal Service and the U.S. Mails, which include investigations of robbery of postal employees and theft of both property of USPS and the U.S. Mail.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there

1

is sufficient probable cause for the criminal complaint and requested arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

4. On July 6, 2020, at approximately 4:00 p.m., RODDY physically assaulted C.R., a USPS letter carrier and federal employee, in the course of her duties while she was delivering mail, resulting in bodily injury.

### IV. STATEMENT OF PROBABLE CAUSE

5. Based on my review of law enforcement reports and conversations with law enforcement agents and witnesses, I am aware of the following:

a. On or about July 6, 2020, at approximately 4:00 p.m., USPS letter carrier C.R. was delivering mail to the Cedros Garden apartments, located at 8505 Cedros Avenue, Panorama City, CA 91402. C.R. was wearing her USPS-issued uniform identifying her as a USPS letter carrier. During the course of her duties, C.R. heard a loud argument between a male and female coming from the second floor above her. Immediately thereafter, RODDY and a female, later identified as L.C., came down the stairs from the second floor toward C.R.

b. RODDY was wearing basketball shorts and no shirt. Additionally, RODDY's genitals were exposed. RODDY had his arms wrapped around L.C., and RODDY pushed L.C. into C.R. RODDY then

2

grabbed C.R.'s hair at the top of her head with one hand, and C.R.'s left arm at the wrist with his other hand, and dragged C.R. several feet. RODDY punched C.R. and hit her head against a metal security gate.

        c.    RODDY eventually released C.R. from his grip. C.R. tried to call 911 at approximately 4:10 p.m., however, the call did not go through. C.R. then called her USPS supervisor and asked for help. A female bystander offered to call 911 for C.R., and did so at approximately 4:11 p.m. using C.R.'s cell phone.

        d.    As the bystander was on the phone with 911, RODDY came back toward C.R. and began assaulting C.R. again. This time, RODDY placed his arm on C.R.'s throat and began choking her. C.R. had difficulty breathing and pleaded with RODDY to let her go. RODDY dragged C.R. several feet from the apartment complex outside toward the street.

        e.    A male bystander came to C.R.'s assistance and intervened. The bystander was able to get RODDY to let go of C.R.'s throat. After RODDY released C.R. from his grip, he grabbed the chain affixed to C.R.'s pants belt loop attached to her postal keys, pulled it off, and took C.R.'s postal keys.

        f.    USPS Supervisor Alfonso Ramirez and Station Manager Charles Chantawansri arrived shortly after and saw RODDY outside of the apartment complex's gate asking L.C. to be let in. Supervisor Ramirez and Station Manager Chantawansri instructed L.C. not to let RODDY back in. Station Manager Chantawansri filmed a portion of this interaction on his cell

phone.  I have reviewed this video and confirmed that the male in the recording is RODDY based on his booking photo.

  g. Los Angeles Police Department ("LAPD") officers arrived on scene thereafter and arrested RODDY.  The LAPD officers recovered the postal keys from RODDY's right front short's pocket.  During a field show up, C.R. positively identified RODDY as her attacker.

  h. The LAPD officers also interviewed the male bystander who came to C.R.'s assistance, who stated he was walking down the street, and saw RODDY attacking C.R.  The bystander said RODDY had C.R. in a chokehold, and he grabbed RODDY and told him to let C.R. go.  He said that RODDY then let C.R. go, and took her postal keys.

  i. Emergency medical technicians also arrived and treated C.R.'s injuries, which included contusions on her head.  C.R. was subsequently transported to Mission Hospital where she was given a CT scan and later discharged to the care of her family.

  j. RODDY was also treated by medical technicians for suspected intoxication.  RODDY was later transported to the hospital where toxicology tests confirmed RODDY was under the influence of methamphetamine and phencyclidine ("PCP").

## V. CONCLUSION

6. Based on the foregoing facts and evidence, there is probable cause to believe that RODDY forcibly assaulted C.R., a USPS letter carrier and federal employee, while she was engaged in the performance of official duties, involving physical

contact and bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1), (b).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of July, 2020

*/s/ John E. McDermott*

HONORABLE JOHN MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

5